Submitted on record and brief April 6, reversed May 10, (2006)

In the Matter of Drew Spiak,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

DREW SPIAK,
*Appellant.*

0506-66137; A128962

135 P3d 396

Kirkland T. Roberts filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Denise G. Fjordbeck, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

Appellant in this mental commitment case appeals a judgment committing him to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder and is dangerous to himself. The state concedes that the record does not contain clear and convincing evidence that appellant is dangerous to himself. A discussion of the facts would be of no benefit to the bench, the bar, or the public. On *de novo* review, we find the state's concession to be well-founded and therefore accept it.

Reversed.